JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY JENKINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 2:22-cv-05191-AB-PVC<br><br>Judge: Andre Birotte Jr.<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: August 28, 2024

_____
Hon. Andre Birotte Jr.
UNITED STATES DISTRICT COURT JUDGE